B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gustafson, David A.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Gustafson, Nichole M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Nichole Chandler** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7320** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0687** |
| Street Address of Debtor (No. and Street, City, and State):<br>**12113 W. Warner Street**<br>**Waukegan, IL**<br><div align="right">ZIP Code **60087**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**12113 W. Warner Street**<br>**Waukegan, IL**<br><div align="right">ZIP Code **60087**</div> |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|---|

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br><br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br><br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gustafson, David A.**<br>**Gustafson, Nichole M.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ James J. Burns Jr. #**                **June 26, 2012**<br>Signature of Attorney for Debtor(s)              (Date)<br>**James J. Burns Jr. # 6200956** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                       Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Gustafson, David A.** |
| **Gustafson, Nichole M.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David A. Gustafson**
Signature of Debtor  **David A. Gustafson**

X **/s/ Nichole M. Gustafson**
Signature of Joint Debtor **Nichole M. Gustafson**

Telephone Number (If not represented by attorney)

**June 26, 2012**
Date

#### Signature of Attorney*

X **/s/ James J. Burns Jr. #**
Signature of Attorney for Debtor(s)

**James J. Burns Jr. # 6200956**
Printed Name of Attorney for Debtor(s)

**Burns & Wincek, Ltd.**
Firm Name

**53 West Jackson Boulevard**
**Suite 909**
**Chicago, IL 60604**

Address

**Email: bandwlaw@sbcglobal.net**
**312-880-0195  Fax: 312-880-0196**
Telephone Number

**June 26, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re | David A. Gustafson
Nichole M. Gustafson

Debtor(s)

Case No. _____

Chapter    **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ David A. Gustafson**

                            **David A. Gustafson**

Date:   **June 26, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **David A. Gustafson**       Case No. _____
**Nichole M. Gustafson**

Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

       Signature of Debtor:   **/s/ Nichole M. Gustafson**
                              **Nichole M. Gustafson**

       Date:   **June 26, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re **David A. Gustafson,**
   **Nichole M. Gustafson**

                                                                   , 

                                        Debtors

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 4,779.17 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 40 | | 226,524.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,096.98 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,087.00 |
| Total Number of Sheets of ALL Schedules | | 52 | | | |
| Total Assets | | | 4,779.17 | | |
| Total Liabilities | | | | 226,524.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David A. Gustafson,**
**Nichole M. Gustafson**

Case No. _____

_____,
Debtors

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,096.98 |
| Average Expenses (from Schedule J, Line 18) | 3,087.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,584.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 226,524.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 226,524.00 |

B6A (Official Form 6A) (12/07)

In re  **David A. Gustafson,**                                                         Case No. _____
       **Nichole M. Gustafson**
_____,
                          Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** | |
|  |  | (Report also on Summary of Schedules) | | |

__0__  continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re  **David A. Gustafson,**                                              Case No. _____
       **Nichole M. Gustafson**

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking Account** | J | 4.17 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom set, living room furniture, kitchen furniture, two televisions, one computer** | J | 150.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Men and Women's clothes, shoes and coats** | J | 300.00 |
| 7. Furs and jewelry. | | **Wedding bands** | J | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | 504.17 |
|---|---|---|
|  | (Total of this page) |  |

 **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **David A. Gustafson,**                                    Case No. _____
     **Nichole M. Gustafson**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Workers Compensation Claim** | **J** | **Unknown** |

|  | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **David A. Gustafson,**
         **Nichole M. Gustafson**                                             Case No. _____

_____,
                        Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Chevrolet Cavalier - 130,000 miles** | J | 1,950.00 |
| | | **2005 Dodge Neon - 130,000 miles** | J | 2,325.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **4,275.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **4,779.17** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re  **David A. Gustafson,**
**Nichole M. Gustafson**                                            Case No. _____

                                                                          ,
                                    Debtors
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Checking Account** | **735 ILCS 5/12-1001(b)** | **4.17** | **4.17** |
| **Household Goods and Furnishings** | | | |
| **Bedroom set, living room furniture, kitchen furniture, two televisions, one computer** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **Wearing Apparel** | | | |
| **Men and Women's clothes, shoes and coats** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Furs and Jewelry** | | | |
| **Wedding bands** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Workers Compensation Claim** | **735 ILCS 5/2-1716** | **0.00** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Chevrolet Cavalier - 130,000 miles** | **735 ILCS 5/12-1001(c)** | **1,950.00** | **1,950.00** |
| **2005 Dodge Neon - 130,000 miles** | **735 ILCS 5/12-1001(c)** | **2,325.00** | **2,325.00** |

|  | Total: | **4,779.17** | **4,779.17** |

 **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **David A. Gustafson,**
    **Nichole M. Gustafson**
                      Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**__0__** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re **David A. Gustafson,**                                    Case No. _____
       **Nichole M. Gustafson**
                                              ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** _____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **David A. Gustafson,**                                Case No. _____

           **Nichole M. Gustafson**

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **427349** <br><br> **A/r Concepts** <br> **2320 Dean St** <br> **Saint Charles, IL 60175** | | W | **Med1 02 Mchenry Radiologists Imaging** | | | | 536.00 |
| Account No. **943650** <br><br> **Aams Llc** <br> **4800 Mills Civic Parkway Suite 202** <br> **West Des Moines, IA 50265** | | W | **Opened 12/01/11** <br> **CollectionAttorney Cetegra Health System** | | | | 6,704.00 |
| Account No. **807086590** <br><br> **Advocate Condell Medical Center** <br> **PO Box 6572** <br> **Carol Stream, IL 60197** | | J | **2011** <br> **Medical service** | | | | 25,933.00 |
| Account No. **045150831-02** <br><br> **AFNI** <br> **PO Box 3427** <br> **Bloomington, IL 61702** | | J | **2012** <br> **Collection for Verizon Wireless** | | | | 312.00 |
| | | | Subtotal <br> (Total of this page) | | | | 33,485.00 |

  __39__   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **David A. Gustafson,**
    **Nichole M. Gustafson**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1036717255**<br><br>**Afni**<br>**Attention: Bankruptcy**<br>**1310 Martin Luther King Dr**<br>**Bloomington, IL 61701** | | W | **Opened  2/01/12**<br>**CollectionAttorney At T Mobility** | | | | 122.00 |
| Account No. **039216910-01**<br><br>**Afni, Inc**<br>**PO Box 3517**<br>**Bloomington, IL 61702-3517** | | J | **2012**<br>**Collection for AT&T U-Verse** | | | | 238.00 |
| Account No. **2045150831**<br><br>**Afni, Inc.**<br>**Attn: Bankruptcy**<br>**Po Box 3097**<br>**Bloomington, IL 61702** | | H | **Opened 10/01/11**<br>**FactoringCompanyAccount Verizon Wireless** | | | | 311.00 |
| Account No. **16355811**<br><br>**Allied Interstate**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH 43231** | | J | **2010**<br>**Collection for Sprint** | | | | 535.00 |
| Account No. **82454546**<br><br>**Allied Interstate**<br>**PO Box 1962**<br>**Southgate, MI 48195-0962** | | J | **2010**<br>**Collection for DirecTV** | | | | 374.00 |

Sheet no. __**1**___ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,580.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
       **Nichole M. Gustafson**
                                                                    Case No. _____
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **550098340** <br><br> **AMC Kenosha** <br> **PO Box 341700** <br> **Milwaukee, WI 53234** | | J | **2010** <br> **Medical Service** | | | | **2,014.00** |
| Account No. **2282524** <br><br> **AMG Imaging Services** <br> **PO Box 511340** <br> **New Berlin, WI 53151** | | J | **2010** <br> **Medical Service** | | | | **156.00** |
| Account No. **ACL-11031515** <br><br> **Anesthesia Consultants Ltd** <br> **34121 Eagle Way** <br> **Chicago, IL 60678** | | J | **2011** <br> **Medical Service** | | | | **1,440.00** |
| Account No. **92732048604-1** <br><br> **AR Resources Inc** <br> **PO Box 10336** <br> **Jacksonville, FL 32247-0336** | | J | **2011** <br> **Collection for Vista Imaging** | | | | **303.00** |
| Account No. **1002329380** <br><br> **Armor Systems Co** <br> **1700 Kiefer Dr** <br> **Zion, IL 60099** | | W | **Opened 10/01/08** <br> **CollectionAttorney Heartland Emergency Specialist** | | | | **366.00** |

Sheet no. __**2**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **4,279.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David A. Gustafson,**                                      Case No. _____
         **Nichole M. Gustafson**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1002204614** <br><br> **Armor Systems Co** <br> **1700 Kiefer Dr** <br> **Zion, IL 60099** | | H | **Opened 1/01/08 Last Active 6/24/08 CollectionAttorney Village Of Palatine Police Dep** | | | | **0.00** |
| Account No. **232013339659, 11990810** <br><br> **AT&T** <br> **PO Box 246** <br> **Artesia, CA 90702** | | J | **2012** <br> **Utility Service** | | | | **839.00** |
| Account No. **550098340** <br><br> **Aurora Health Care** <br> **P.O. Box 341700** <br> **Milwaukee, WI 53234** | | J | **2011** <br> **Medical Service** | | | | **2,014.00** |
| Account No. **4862-3625-9857-6000** <br><br> **Capital One Bank** <br> **PO Boc 71083** <br> **Charlotte, NC 28272** | | J | **2010** <br> **Credit Card** | | | | **1,473.00** |
| Account No. **5178-0572-7262-5323** <br><br> **Capital One Bank** <br> **PO Box 71083** <br> **Charlotte, NC 28272** | | J | **2010** <br> **Credit Card** | | | | **1,183.00** |

Sheet no. __**3**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,509.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David A. Gustafson,**
    **Nichole M. Gustafson**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **11 SC 2415**<br><br>**Capital One Bank**<br>**c/o Blitt and Gaines**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | | | J | | **2011**<br>**Collection** | | | | **1,575.00** |
| Account No. **4862362598576000**<br><br>**Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | | W | | **Opened 10/01/05  Last Active  2/28/09**<br>**CreditCard** | | | | **1,991.00** |
| Account No. **4862362515907577**<br><br>**Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | | W | | **Opened 12/01/04  Last Active  3/04/06**<br>**CreditCard** | | | | **0.00** |
| Account No. **03-95534335**<br><br>**CBCS**<br>**PO Box 163250**<br>**Columbus, OH 43216** | | | J | | **2010**<br>**Collection for Verizon** | | | | **406.00** |
| Account No. **03-97348716**<br><br>**CBCS**<br>**PO Box 163250**<br>**Columbus, OH 43216** | | | J | | **2011**<br>**Collection for AT&T Mobility** | | | | **144.00** |

Sheet no. __**4**___ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,116.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
**Nichole M. Gustafson**
Case No. _____

,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **725796602** <br><br> **Cefcu** <br> **Attn: Pam in Collections** <br> **Po Box 1715** <br> **Peoria, IL 61656** | | J | **Opened  7/01/08  Last Active  7/22/11** <br> **MedicalDebt** | | | | 0.00 |
| Account No. **725796600** <br><br> **Cefcu** <br> **Attn: Pam in Collections** <br> **Po Box 1715** <br> **Peoria, IL 61656** | | J | **Opened 10/01/03  Last Active 10/01/08** <br> **Automobile** | | | | 0.00 |
| Account No. **725796601** <br><br> **Cefcu** <br> **Attn: Pam in Collections** <br> **Po Box 1715** <br> **Peoria, IL 61656** | | J | **Opened 11/01/04  Last Active  7/26/08** <br> **Unsecured** | | | | 0.00 |
| Account No. **B1024100076** <br><br> **Centegra Hospital** <br> **PO Box 1447** <br> **Woodstock, IL 60098** | | J | **2010** <br> **Medical Service** | | | | 6,705.00 |
| Account No. <br><br> **Certified Services** <br> **PO Box 177** <br> **Waukegan, IL 60079-0177** | | J | **2010** <br> **Collection** | | | | 3,140.00 |

Sheet no. __5__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,845.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **David A. Gustafson,**
　　　**Nichole M. Gustafson**                                                      Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 18162387<br><br>Certified Services Inc<br>Po Box 177<br>Waukegan, IL 60079 | | W | Opened 11/01/11<br>CollectionAttorney Claymore Medical Group | | | | 2,015.00 |
| Account No. 11031515<br><br>Certified Services Inc<br>Po Box 177<br>Waukegan, IL 60079 | | W | Opened 11/01/11<br>CollectionAttorney Anesthesia Consultants Ltd | | | | 1,440.00 |
| Account No. 9082025A<br><br>Certified Services Inc<br>Po Box 177<br>Waukegan, IL 60079 | | W | Opened  2/01/10<br>CollectionAttorney Anesthesia Consultants Ltd | | | | 660.00 |
| Account No. 352481Q1<br><br>Certified Services Inc<br>Po Box 177<br>Waukegan, IL 60079 | | W | Opened  3/01/12<br>CollectionAttorney Global Medical Imaging S.C. | | | | 317.00 |
| Account No. 20876A<br><br>Certified Services Inc<br>Po Box 177<br>Waukegan, IL 60079 | | W | Opened  6/01/10<br>CollectionAttorney Gastroenterology Consultants | | | | 300.00 |

Sheet no. __6__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　4,732.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
    **Nichole M. Gustafson**
                                                     ,
                                                  Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **283559Q1**<br><br>**Certified Services Inc**<br>**Po Box 177**<br>**Waukegan, IL 60079** | | W | | | Opened  8/01/11<br>CollectionAttorney Global Medical Imaging S.C. | | | | 260.00 |
| Account No. **204858Q1**<br><br>**Certified Services Inc**<br>**Po Box 177**<br>**Waukegan, IL 60079** | | W | | | Opened 12/01/10<br>CollectionAttorney Global Medical Imaging S.C. | | | | 110.00 |
| Account No. **315167Q1**<br><br>**Certified Services Inc**<br>**Po Box 177**<br>**Waukegan, IL 60079** | | W | | | Opened 11/01/11<br>CollectionAttorney Global Medical Imaging S.C. | | | | 40.00 |
| Account No. **282857Q1**<br><br>**Certified Services Inc**<br>**Po Box 177**<br>**Waukegan, IL 60079** | | W | | | Opened  8/01/11<br>CollectionAttorney Global Medical Imaging S.C. | | | | 40.00 |
| Account No. **4266902017565050**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | W | | | Opened  1/31/06  Last Active  3/08/09<br>CreditCard | | | | 0.00 |

Sheet no. __**7**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
       **Nichole M. Gustafson**                                      Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4185866181493209** | | W | | Opened 3/25/05 Last Active 5/27/11 CreditCard | | | | |
| **Chase** **Po Box 15298** **Wilmington, DE 19850** | | | | | | | | 0.00 |
| Account No. **4357877490000454** | | W | | Opened 3/01/05 Last Active 8/04/05 CreditCard | | | | |
| **Chase Mht Bk** **Attention: Bankruptcy** **Po Box 15298** **Wilmington, DE 19850** | | | | | | | | 0.00 |
| Account No. **4227651008508169** | | W | | Opened 10/01/04 Last Active 3/17/06 CreditCard | | | | |
| **Chase- Bp** **225 Chastain Meadows Court** **Kennesaw, GA 30144** | | | | | | | | 0.00 |
| Account No. **202724399** | | W | | Opened 10/19/04 Last Active 6/02/06 CreditCard | | | | |
| **Citgo Oil / Citibank** **Attn: Bankruptcy** **Po Box 20363** **Kansas City, MO 64195** | | | | | | | | 0.00 |
| Account No. **6035320300194105** | | H | | Opened 7/01/09 Last Active 11/24/09 ChargeAccount | | | | |
| **Citibank Usa** **Citicorp Credit Services/Attn: Centraliz** **Po Box 20363** **Kansas City, MO 64195** | | | | | | | | 905.00 |

Sheet no. __8__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

905.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **David A. Gustafson,**
   **Nichole M. Gustafson**                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6071306416003434<br><br>**Citifinancial**<br>**Po Box 4728**<br>**Riverside, CA 92514** | | J | **Opened 1/01/06 Last Active 4/26/06**<br>**InstallmentSalesContract** | | | | 0.00 |
| Account No. 18162387<br><br>**Claymore Medical Group**<br>**35 TOwere Court**<br>**Suite 1**<br>**Gurnee, IL 60031** | | J | **2011**<br>**Medical Service** | | | | 1,550.00 |
| Account No. 4178170-001<br><br>**Computer Credit Inc**<br>**97169 Eagle Way**<br>**Chicago, IL 60678** | | J | **2010**<br>**Collection for Advocate Condell Medical** | | | | 2,957.00 |
| Account No. 274-681067-1<br><br>**Consolidated Pathology Consultants**<br>**75 Remittance Drive**<br>**Chicago, IL 60675** | | J | **2010**<br>**Medical Service** | | | | 111.00 |
| Account No. 274-742988-2<br><br>**Consolidated Pathology Consultants**<br>**75 Remittance Drive**<br>**Chicago, IL 60675** | | J | **2010**<br>**Medical Service** | | | | 88.00 |

Sheet no. __9__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,706.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
　　　**Nichole M. Gustafson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **274-700181-1** <br><br> **Consolidated Pathology Consultants** <br> **75 Remittance Drive** <br> **Chicago, IL 60675** | | J | | **2010** <br> **Medical Service** | | | | 74.00 |
| Account No. **2263-894204-1** <br><br> **Consolidated Pathology Consultants** <br> **75 Remittance Drive** <br> **Chicago, IL 60675** | | J | | **2012** <br> **Medical Service** | | | | 114.00 |
| Account No. **2263-86330-1** <br><br> **Consolidated Pathology Consultants** <br> **75 Remittance Drive** <br> **Chicago, IL 60675** | | J | | **2011** <br> **Medical Service** | | | | 18.00 |
| Account No. **2263-863341-1** <br><br> **Consolidated Pathology Consultants** <br> **75 Remittance Drive** <br> **Chicago, IL 60675** | | J | | **2011** <br> **Medical Service** | | | | 127.00 |
| Account No. **2263-805063-1** <br><br> **Consolidated Pathology Consultants** <br> **75 Remittance Drive** <br> **Chicago, IL 60675** | | J | | **2011** <br> **Medical Service** | | | | 133.00 |

Sheet no. __**10**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

466.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
       **Nichole M. Gustafson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **2263-805064-1** Consolidated Pathology Consultants 75 Remittance Drive Chicago, IL 60675 | | | J | | **2011 Medical Service** | | | | 103.00 |
| Account No. **2263-805995-1** Consolidated Pathology Consultants 75 Remittance Drive Chicago, IL 60675 | | | J | | **2011 Medical Service** | | | | 102.00 |
| Account No. **2263-831349-1** Consolidated Pathology Consultants 75 Remittance Drive Chicago, IL 60675 | | | J | | **2011 Medical Service** | | | | 87.00 |
| Account No. **2263-810457-1** Consolidated Pathology Consultants 75 Remittance Drive Chicago, IL 60675 | | | J | | **2011 Medical Service** | | | | 75.00 |
| Account No. **2263-811829-1** Consolidated Pathology Consultants 75 Remittance Drive Chicago, IL 60675 | | | J | | **2011 Medical Service** | | | | 61.00 |

Sheet no. __11__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

428.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
    **Nichole M. Gustafson**                       Case No. _____

                                                   **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2263-811676-1**<br><br>**Consolidated Pathology Consultants**<br>**75 Remittance Drive**<br>**Chicago, IL 60675** | | J | **2011**<br>**Medical Service** | | | | 19.00 |
| Account No. **4094653252302273**<br><br>**Consumers Coop Cred Un**<br>**1210 S Lake St**<br>**Mundelein, IL 60060** | | H | **Opened 3/01/06 Last Active 1/29/10**<br>**CreditCard** | | | | 2,396.00 |
| Account No. **1896851002**<br><br>**Consumers Coop Cred Un**<br>**Po Box 9119**<br>**Waukegan, IL 60079** | | H | **Opened 3/10/06 Last Active 3/22/07**<br>**Recreational** | | | | 0.00 |
| Account No. **90801363604**<br><br>**Consumers Coop Cred Un**<br>**Po Box 9119**<br>**Waukegan, IL 60079** | | H | **Opened 7/01/07 Last Active 10/22/08**<br>**Automobile** | | | | 0.00 |
| Account No. **1896851001**<br><br>**Consumers Coop Cred Un**<br>**Po Box 9119**<br>**Waukegan, IL 60079** | | H | **Opened 3/01/06 Last Active 6/23/07**<br>**Automobile** | | | | 0.00 |

Sheet no. __**12**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal       |  2,415.00
                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **David A. Gustafson,**
     **Nichole M. Gustafson**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4094-6532-5230-2273** <br><br> **Consumers CU or Visa** <br> **PO Box 31021** <br> **Tampa, FL 33631** | | J | | **2010** <br> **Credit Card** | | | | **2,368.00** |
| Account No. **NP9224** <br><br> **Credit Management Control** <br> **PO Box 1654** <br> **Green Bay, WI 54305** | | J | | **2011** <br> **Collection for Infinity Healthcare** | | | | **560.00** |
| Account No. **4447-9621-6849-4403** <br><br> **Credit One Bank** <br> **PO Box 60500** <br> **City Of Industry, CA 91716-0500** | | J | | **2011** <br> **Credit Card** | | | | **672.00** |
| Account No. **4447962168494403** <br><br> **Credit One Bank** <br> **Po Box 98873** <br> **Las Vegas, NV 89193** | | W | | **Opened  8/17/09  Last Active  3/03/10** <br> **CreditCard** | | | | **0.00** |
| Account No. **39888634427** <br><br> **Department of Employment Security** <br> **PO Box 4385** <br> **Chicago, IL 60605** | | J | | **2012** <br> **Collection** | | | | **170.00** |

Sheet no. __**13**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **3,770.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David A. Gustafson,**
   **Nichole M. Gustafson** ,
                                                    Debtors                                Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **59729310** <br><br> **Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256** | | W | | **Opened  2/01/12 CollectionAttorney Sprint** | | | | 534.00 |
| Account No. **12-8829174** <br><br> **EOS CCA PO Box 556 Norwell, MA 02061** | | J | | **2012 Collection for Verizon Wireless** | | | | 397.00 |
| Account No. **11312157** <br><br> **Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220** | | W | | **Opened  4/01/10 CollectionAttorney Of Lake County** | | | | 400.00 |
| Account No. **418562** <br><br> **Fincl Rcvrv 802 N Clinton St Bloomington, IL 61701** | | W | | **Med1 Osf St Joseph Medical Center** | | | | 1,500.00 |
| Account No. **498792** <br><br> **Fincl Rcvrv 802 N Clinton St Bloomington, IL 61701** | | W | | **Med1 Bloomington Radiology** | | | | 302.00 |

Sheet no. __**14**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,133.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
    **Nichole M. Gustafson**

Case No. _____

_____,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **453484** <br><br> **Fincl Rcvrv** <br> **802 N Clinton St** <br> **Bloomington, IL 61701** | | W | **Last Active 7/30/08** <br> **Med1 Osf St Joseph Medical Center** | | | | 0.00 |
| Account No. **408585** <br><br> **Fincl Rcvrv** <br> **802 N Clinton St** <br> **Bloomington, IL 61701** | | W | **Last Active 7/30/08** <br> **Med1 Bloomington Radiology** | | | | 0.00 |
| Account No. **416492** <br><br> **Fincl Rcvrv** <br> **802 N Clinton St** <br> **Bloomington, IL 61701** | | W | **Last Active 7/30/08** <br> **Med1 Bloomington Radiology** | | | | 0.00 |
| Account No. **IU3835** <br><br> **First Federal Credit Control** <br> **PO Box 20790** <br> **Columbus, OH 43220** | | J | **2010** <br> **Collection** | | | | 400.00 |
| Account No. **4447-9621-6849-4403** <br><br> **First National Collection Bureau** <br> **610 Waltham Way** <br> **Sparks, NV 89434** | | J | **2011** <br> **Collection Credit One Bank** | | | | 829.00 |

Sheet no. __**15**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
             (Total of this page)      **1,229.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**                                          Case No. _____
       **Nichole M. Gustafson**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5774421160264777** <br><br> **Flr Solution** <br> **Po Box 94498** <br> **Las Vegas, NV 89193** | | H | Opened  5/16/09  Last Active  7/24/09 <br> ChargeAccount | | | | 0.00 |
| Account No. **12 SC 01330** <br><br> **Ford Motor Credit Company** <br> **c/o Freedman Anselmo Lindberg** <br> **PO Box 3228** <br> **Naperville, IL 60566** | | J | 2012 <br> Judgment / Auto Deficiency | | | | 6,329.00 |
| Account No. **102020265** <br><br> **Franklin Collection Services** <br> **PO Box 3910** <br> **Tupelo, MS 38803-3910** | | J | 2012 <br> Collection for AT&T | | | | 202.00 |
| Account No. **20876** <br><br> **Gastroenterology Consultants** <br> **890 Garfield, Suite 210** <br> **Libertyville, IL 60048** | | J | 2011 <br> Medical services | | | | 2,323.00 |
| Account No. **6034623206137636** <br><br> **Gecrb/leath Furniture** <br> **C/o Po Box 965036** <br> **Orlando, FL 32896** | | J | Opened  9/06/05  Last Active 10/01/06 <br> ChargeAccount | | | | 0.00 |

Sheet no. __16__ of __39__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page) | 8,854.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
**Nichole M. Gustafson**                                            Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6008894765104015<br><br>**Gemb/JC Penny**<br>**Attention: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | | W | Opened 10/14/04 Last Active 4/10/05<br>ChargeAccount | | | | 0.00 |
| Account No. 6032203382196052<br><br>**Gemb/walmart**<br>**Attn: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | | J | Opened 1/04/04 Last Active 5/13/05<br>ChargeAccount | | | | 0.00 |
| Account No. 6032203382874849<br><br>**Gemb/walmart**<br>**Attn: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | | H | Opened 11/12/08 Last Active 1/28/10<br>ChargeAccount | | | | 0.00 |
| Account No. DT25-123-204858<br><br>**Global Medical Imaging**<br>**1724 Momentum Pl**<br>**Chicago, IL 60689-5317** | | J | 2010<br>Medical Service | | | | 110.00 |
| Account No. 3724-393340-1<br><br>**Global Medical Imaging**<br>**1724 Momentum Pl**<br>**Chicago, IL 60689-5317** | | J | 2012<br>Medical Service | | | | 40.00 |

Sheet no. __17__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    150.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**                                           Case No. _____
       **Nichole M. Gustafson**

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3724-352481-1 <br><br> **Global Medical Imaging** <br> **1724 Momentum Pl** <br> **Chicago, IL 60689-5317** | | J | **2011** <br> **Medical Service** | | | | 317.00 |
| Account No. DT25-123-283559-1 <br><br> **Global Medical Imaging** <br> **1724 Momentum Pl** <br> **Chicago, IL 60689-5317** | | J | **2011** <br> **Medical Service** | | | | 260.00 |
| Account No. 688-820396262 <br><br> **Great Lakes Pathology SC** <br> **PO Box 78420** <br> **Milwaukee, WI 53278** | | J | **2010** <br> **Medical Service** | | | | 122.00 |
| Account No. 3569526 <br><br> **H & R Accounts Inc** <br> **P.O. Box 672** <br> **Moline, IL 61265** | | J | **Opened  4/01/08** <br> **CollectionAttorney Bromenn Healthcare 2nds** | | | | 458.00 |
| Account No. 3570022 <br><br> **H & R Accounts Inc** <br> **P.O. Box 672** <br> **Moline, IL 61265** | | J | **Opened  4/01/08** <br> **CollectionAttorney Bromenn Healthcare 2nds** | | | | 117.00 |

Sheet no. __18__ of __39__ sheets attached to Schedule of            Subtotal          | 1,274.00
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **David A. Gustafson,**
    **Nichole M. Gustafson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4264937**<br><br>**H & R Accounts Inc**<br>**P.O. Box 672**<br>**Moline, IL 61265** | | W | **Opened 12/01/09**<br>**CollectionAttorney Advocate Bromenn Medical Cente** | | | | 75.00 |
| Account No. **3569536**<br><br>**H & R Accounts Inc**<br>**P.O. Box 672**<br>**Moline, IL 61265** | | J | **Opened 4/01/08**<br>**CollectionAttorney Bromenn Healthcare 2nds** | | | | 65.00 |
| Account No. **20070210342762**<br><br>**Harley Davidson Financial**<br>**Attention: Bankruptcy**<br>**Po Box 182686**<br>**Columbus, OH 43218** | | H | **Opened 2/01/07  Last Active 9/04/10**<br>**Automobile** | | | | 7,638.00 |
| Account No. **20050707513654**<br><br>**Harley Davidson Financial**<br>**Attention: Bankruptcy**<br>**Po Box 182686**<br>**Columbus, OH 43218** | | J | **Opened 7/01/05  Last Active 3/13/06**<br>**Automobile** | | | | 0.00 |
| Account No. **20070210342762**<br><br>**Harley-Davidson Credit Corp**<br>**Dept 15129**<br>**Palatine, IL 60055** | | J | **2010**<br>**Auto Deficiency** | | | | 8,575.00 |

Sheet no. __**19**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,353.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
**Nichole M. Gustafson**
_____,
Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9901511481 <br><br> Harris N.a. <br> Bmo-Harris Bank/Attention: Legal Service <br> 1100 W. Monroe 421 E <br> Chicago, IL 60603 | | H | Opened 6/12/07 Last Active 7/18/07 <br> Automobile | | | | 0.00 |
| Account No. 2240501 <br><br> Health System <br> Medical Center East <br> PO Box 504316 <br> Saint Louis, MO 63150 | | J | 2012 <br> Medical Service | | | | 1,326.00 |
| Account No. 6035-3203-0019-4105 <br><br> Home Depot <br> Processing Center <br> Des Moines, IA 50364-0500 | | J | 2010 <br> Credit Card | | | | 791.00 |
| Account No. 5433280001717705 <br><br> Hsbc Bank <br> Po Box 5253 <br> Carol Stream, IL 60197 | | W | Opened 3/18/06 Last Active 2/28/09 <br> CreditCard | | | | 0.00 |
| Account No. 5406330010712198 <br><br> Hsbc Bank <br> Attn: Bankruptcy <br> Po Box 5213 <br> Carol Stream, IL 60197 | | H | Opened 9/01/05 Last Active 10/01/05 <br> CreditCard | | | | 0.00 |

Sheet no. __20__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,117.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**  
     **Nichole M. Gustafson**                                             Case No. _____

                                                 ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5491100006325594**<br><br>**Hsbc Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5213**<br>**Carol Stream, IL 60197** | | W | Opened  8/24/05  Last Active  3/26/11<br>CreditCard | | | | 0.00 |
| Account No. **5491100005519593**<br><br>**Hsbc Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5213**<br>**Carol Stream, IL 60197** | | W | Opened  8/24/05  Last Active 10/13/05<br>CreditCard | | | | 0.00 |
| Account No. **123131**<br><br>**Keynote Consulting**<br>**220 W Campus Dr Ste 102**<br>**Arlington Heights, IL 60004** | | H | Opened 11/01/10<br>CollectionAttorney Consumers Cooperative Credit U | | | | 2,996.00 |
| Account No. **9370**<br><br>**Kurt Brotherson**<br>**700 N. Westmoreland Drive**<br>**Lake Forest, IL 60045** | | J | 2011<br>Medical Service | | | | 60.00 |
| Account No. **LCA-111111593**<br><br>**Lake County Anesthesiologists, Ltd.**<br>**PO Box 70**<br>**Lake Forest, IL 60045** | | J | 2012<br>Medical Service | | | | 993.00 |

Sheet no. __21__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims           Subtotal           **4,049.00**
                                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
**Nichole M. Gustafson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 221677 <br><br> Lake County Health Department <br> 3010 Grand Avenue <br> Waukegan, IL 60085 | | J | | | 2010 <br> Medical Service | | | | 74.00 |
| Account No. 57930 <br><br> Lake County Health Department <br> 3010 Grand Avenue <br> Waukegan, IL 60085 | | J | | | 2012 <br> Medical Service | | | | 441.00 |
| Account No. 2762-1048922-1 <br><br> Lake County Radiology Associates, S <br> 36104 Treasury Center <br> Chicago, IL 60694-6100 | | J | | | 2011 <br> Medical Service | | | | 477.00 |
| Account No. 15201196 <br><br> Lake Forest ER <br> 75  Remittance Drive <br> Chicago, IL 60675 | | J | | | 2010 <br> Medical Service | | | | 1,192.00 |
| Account No. 14388975 <br><br> Lake Forest ER <br> 75  Remittance Drive <br> Chicago, IL 60675 | | J | | | 2010 <br> Medical Service | | | | 404.00 |

Sheet no. __22__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,588.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **David A. Gustafson,**
      **Nichole M. Gustafson**                            Case No. _____

                                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **67501197**<br><br>**Lake Forest Hospital**<br>**75 Remittance Drive**<br>**Suite 6802**<br>**Chicago, IL 60675** | | | J | | **2010**<br>**Medical Service** | | | | 287.00 |
| Account No. **67501189**<br><br>**Lake Forest Hospital**<br>**75 Remittance Drive**<br>**Suite 6802**<br>**Chicago, IL 60675** | | | J | | **2010**<br>**Medical Service** | | | | 951.00 |
| Account No. **66756677**<br><br>**Lake Forest Hospital**<br>**75 Remittance Drive**<br>**Suite 6802**<br>**Chicago, IL 60675** | | | J | | **2010**<br>**Medical Service** | | | | 73.00 |
| Account No. **666494519**<br><br>**Lake Forest Hospital**<br>**75 Remittance Drive**<br>**Suite 6802**<br>**Chicago, IL 60675** | | | J | | **2010**<br>**Medical Service** | | | | 800.00 |
| Account No. **73175143**<br><br>**Lake Forest Hospital**<br>**660 N. Westmoreland Road**<br>**Lake Forest, IL 60045** | | | J | | **2012**<br>**Medical Service** | | | | 1,030.00 |

Sheet no. __**23**__ of __**39**__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)      3,141.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
       **Nichole M. Gustafson**                                              Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **589990** <br><br> **Lake Heart Specialists** <br> **35 Tower Court Suite F** <br> **Gurnee, IL 60031** | | J | 2010 <br> Medical Service | | | | 30.00 |
| Account No. **404-1-0003203495** <br><br> **Lake Mchnery Pathology Associates** <br> **520 E. 22nd Street** <br> **Lombard, IL 60148** | | J | 2010 <br> Medical Service | | | | 82.00 |
| Account No. **LOMB-L123211119** <br><br> **Lake Shore Pathologists, SC** <br> **520 E. 22nd Street** <br> **Lombard, IL 60148** | | J | 2011 <br> Medical Service | | | | 125.00 |
| Account No. **5433280001717705** <br><br> **Main Street Acquisiton** <br> **2877 Paradise Rd Unit 30** <br> **Las Vegas, NV 89109** | | W | Opened  4/01/09 <br> FactoringCompanyAccount Hsbc Bank Nevada Na | | | | 2,497.00 |
| Account No. **038** <br><br> **Malcolm S. Gerald & Assoc.** <br> **332 S. Michigan Ave.** <br> **Chicago, IL 60604** | | J | 2010 <br> Medical Service | | | | 2,270.00 |

Sheet no. __24__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,004.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
     **Nichole M. Gustafson**
                                                                    Case No. _____
                                                            ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **71063366** | | | **2011** **Collection** | | | | |
| **Malcolm S. Gerald & Assoc.** **332 S. Michigan Ave.** **Chicago, IL 60604** | | J | | | | | |
| | | | | | | | **1,168.00** |
| Account No. **QMRIG 204099** | | | **2010** **Medical Service** | | | | |
| **McHenry Radiologists** **PO Box 220** **McHenry, IL 60051** | | J | | | | | |
| | | | | | | | **536.00** |
| Account No. **001112184** | | | **2010** **Medical Service** | | | | |
| **MEA-AEA Kenosha** **PO Box 5990** **Carol Stream, IL 60197** | | J | | | | | |
| | | | | | | | **288.00** |
| Account No. **8472571** | | | **2012** **Medical Service** | | | | |
| **Medical Recovery Specialists Inc** **2250 E. Devon Avenue** **Street 352** **Des Plaines, IL 60018** | | J | | | | | |
| | | | | | | | **470.00** |
| Account No. **4266-9020-1756-5050** | | | **2010** **Collection for Chase Bank** | | | | |
| **Midland Credit ManagementInc** **PO Box 60578** **Los Angeles, CA 90060** | | J | | | | | |
| | | | | | | | **2,486.00** |

Sheet no. __25__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,948.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
     **Nichole M. Gustafson**
,
Case No. _____

                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8539772895<br><br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | W | **Opened 5/01/11**<br>**FactoringCompanyAccount Chase Bank Usa N.A.** | | | | 2,515.00 |
| Account No. 8537235707<br><br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | W | **Opened 11/01/10**<br>**FactoringCompanyAccount Credit One Bank N.A.** | | | | 891.00 |
| Account No. MEP62217<br><br>**Midway Emergency Physicians**<br>**PO Box 404320**<br>**Atlanta, GA 30384** | | J | **2012**<br>**Medical Service** | | | | 1,120.00 |
| Account No. MEP59295<br><br>**Midway Emergency Physicians**<br>**PO Box 404320**<br>**Atlanta, GA 30384** | | J | **2012**<br>**Medical Service** | | | | 726.00 |
| Account No. 2048604<br><br>**Midway Emergency Physicians**<br>**PO Box 404320**<br>**Atlanta, GA 30384** | | J | **2011**<br>**Medical Service** | | | | 804.00 |

Sheet no. __26__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,056.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
     **Nichole M. Gustafson**
                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2050346** <br><br> **Midway Emergency Physicians** <br> **PO Box 404320** <br> **Atlanta, GA 30384** | | J | **2011** <br> **Medical Service** | | | | 539.00 |
| Account No. **LOMB-L861-N-000291800** <br><br> **Midwest Diagnostics Pathology, SC** <br> **75 Remittance Drive** <br> **Suite 3070** <br> **Chicago, IL 60675** | | J | **2011** <br> **Medical Service** | | | | 943.00 |
| Account No. **MNI710241000763** <br><br> **Moraine Emergency Physicians** <br> **PO Box 8759** <br> **Philadelphia, PA 19101** | | J | **2010** <br> **Medical Service** | | | | 1,149.00 |
| Account No. **133481206** <br><br> **Morton Community Ban** <br> **671 W Jackson St** <br> **Morton, IL 61550** | | J | **Opened 12/01/06  Last Active  5/29/08** <br> **Secured** | | | | 0.00 |
| Account No. **18079964** <br><br> **Nationwide Credit Corp** <br> **5503 Cherokee Ave** <br> **Alexandria, VA 22312** | | W | **Opened  4/01/12** <br> **CollectionAttorney Infinity Healthcare** <br> **Physicians** | | | | 749.00 |

Sheet no. __27__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,380.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David A. Gustafson,**
**Nichole M. Gustafson** ,
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 268551819 | | | | | 2010 Collection for AT&T Mobility | | | | |
| Nationwide Recovery Systems PO Box 702257 Dallas, TX 75370 | | J | | | | | | | 145.00 |
| Account No. 34952848 | | | | | 2012 Collection for Infinity | | | | |
| NCC 245 Main Street Scranton, PA 18519 | | J | | | | | | | 560.00 |
| Account No. 18079964 | | | | | 2012 Collection for Infinity | | | | |
| NCC PO Box 9156 Alexandria, VA 22304-0156 | | J | | | | | | | 749.00 |
| Account No. 122030 | | | | | 2010 Medical Service | | | | |
| North Shore Cardiologists 2151 Waukegan Road Suite 100 Deerfield, IL 60015 | | J | | | | | | | 10.00 |
| Account No. 15201196 | | | | | 2012 Medical Service | | | | |
| Northwestern Lake Forest Hospital 75 Remittance Drive Suite 6802 Chicago, IL 60675 | | J | | | | | | | 493.00 |

Sheet no. __28__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,957.00

B6F (Official Form 6F) (12/07) - Cont.

In re **David A. Gustafson,**
    **Nichole M. Gustafson**
                                                   Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **72975279** <br><br> **Northwestern Lake Forest Hospital** <br> **75 Remittance Drive** <br> **Suite 6802** <br> **Chicago, IL 60675** | | | J | | **2012** <br> **Medical Service** | | | | 3,104.00 |
| Account No. **72207921** <br><br> **Northwestern Lake Forest Hospital** <br> **75 Remittance Drive** <br> **Suite 6802** <br> **Chicago, IL 60675** | | | J | | **2011** <br> **Medical Service** | | | | 1,927.00 |
| Account No. **72210602** <br><br> **Northwestern Lake Forest Hospital** <br> **75 Remittance Drive** <br> **Suite 6802** <br> **Chicago, IL 60675** | | | J | | **2011** <br> **Medical Service** | | | | 10,257.00 |
| Account No. **72406341** <br><br> **Northwestern Lake Forest Hospital** <br> **75 Remittance Drive** <br> **Suite 6802** <br> **Chicago, IL 60675** | | | J | | **2011** <br> **Medical Service** | | | | 2,250.00 |
| Account No. **71495808** <br><br> **Northwestern Lake Forest Hospital** <br> **660 N. Westmoreland Road** <br> **Lake Forest, IL 60045** | | | J | | **2011** <br> **Medical Service** | | | | 2,389.00 |

Sheet no. __29__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,927.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **David A. Gustafson,**
**Nichole M. Gustafson**                                                    Case No. _____

                                              _____,
                                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **71069108**<br><br>**Northwestern Lake Forest Hospital**<br>**660 N. Westmoreland Road**<br>**Lake Forest, IL 60045** | | J | 2011<br>**Medical Service** | | | | 2,190.00 |
| Account No. **71063366**<br><br>**Northwestern Lake Forest Hospital**<br>**660 N. Westmoreland Road**<br>**Lake Forest, IL 60045** | | J | 2011<br>**Medical Service** | | | | 1,168.00 |
| Account No. **69934354**<br><br>**Northwestern Lake Forest Hospital**<br>**660 N. Westmoreland Road**<br>**Lake Forest, IL 60045** | | J | 2011<br>**Medical Service** | | | | 20,475.00 |
| Account No. **14388975**<br><br>**Northwestern Lake Forest Hospital**<br>**75 Remittance Drive**<br>**Suite 6802**<br>**Chicago, IL 60675** | | J | 2012<br>**Medical Service** | | | | 493.00 |
| Account No. **516117**<br><br>**Northwestern Memorial Physicians Gr**<br>**75 Remittance Dr. #1293**<br>**Chicago, IL 60675-1293** | | J | 2011<br>**Medical Service** | | | | 720.00 |

Sheet no. __30__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          25,046.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
       **Nichole M. Gustafson**                                          Case No. _____

                                            _____,
                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. D34952848N1 <br><br> **Nrthestcrcol** <br> **245 Main Street** <br> **Dickson City, PA 18519** | | W | **Med1 Infinity Healthcare Phys Sc** | | | | 560.00 |
| Account No. A20670 <br><br> **OAC** <br> **PO Box 371100** <br> **Milwaukee, WI 53237** | | J | **2010** <br> **Collection** | | | | 277.00 |
| Account No. D61920 <br><br> **OAC** <br> **PO Box 371100** <br> **Milwaukee, WI 53237** | | J | **2012** <br> **Collection** | | | | 477.00 |
| Account No. 6011656209390320 <br><br> **Odpt/cbsd** <br> **Attn: Centralized Bankruptcy** <br> **P.O. Box 20507** <br> **Kansas City, MO 64195** | | H | **Opened  2/10/07  Last Active  2/22/08** <br> **ChargeAccount** | | | | 0.00 |
| Account No. 5070760001375286 <br><br> **Online Collections** <br> **Attn: Tracy** <br> **Po Box 1489** <br> **Winterville, NC 28590** | | W | **Opened 11/01/07  Last Active  2/15/08** <br> **CollectionAttorney Corn Belt Energy Corp** | | | | 0.00 |

Sheet no. __31__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     1,314.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
       **Nichole M. Gustafson**
                                                                            Case No. _____
                                              ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1990405** <br><br> **Osi Collect** <br> **507 Prudential Rd.** <br> **Horsham, PA 19044** | | W | Med1 02 Lake County Radiology Assoc | | | | 477.00 |
| Account No. **1734768** <br><br> **Osi Collect** <br> **507 Prudential Rd.** <br> **Horsham, PA 19044** | | W | Med1 02 Aurora Medical Group Imaging | | | | 156.00 |
| Account No. **1489832** <br><br> **Osi Collect** <br> **507 Prudential Rd.** <br> **Horsham, PA 19044** | | W | Med1 02 Great Lakes Pathologists Sc | | | | 122.00 |
| Account No. **21682343** <br><br> **Penn Foster** <br> **925 Oak Street** <br> **Scranton, PA 18515** | | J | 2012 <br> School fee | | | | 448.00 |
| Account No. **KE4797** <br><br> **Pinnacle Credit Service** <br> **Po Box 640** <br> **Hopkins, MN 55343** | | H | Opened 12/01/10 <br> FactoringCompanyAccount Citibank | | | | 988.00 |

Sheet no. __32__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,191.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
    **Nichole M. Gustafson**                                                      Case No. _____

_____,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 6032203382874849 **Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541** | H | | | Opened 11/01/11 FactoringCompanyAccount Ge Capital Retail Bank | | | | 684.00 |
| Account No. 2388394 **Pro Com Services Of Il Po Box 202 Springfield, IL 62705** | W | | | Opened 7/01/09 CollectionAttorney Kmb / Clinical Pathology | | | | 27.00 |
| Account No. 2388394 **Pro Com Services of Illinois PO Box 202 Springfield, IL 62705** | J | | | 2010 Collection for Clinical Pathology | | | | 27.00 |
| Account No. 5655Y-35585 **Pulmonary Physicians 2151 Waukegan Road Deerfield, IL 60015** | J | | | 2010 Medical Service | | | | 200.00 |
| Account No. 28706190 **Receivables Performanc 20816 44th Ave W Lynnwood, WA 98036** | J | | | Opened 3/01/11 CollectionAttorney Directv | | | | 373.00 |

Sheet no. __33__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                        Subtotal
                                                                  (Total of this page)          1,311.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **David A. Gustafson,**
        **Nichole M. Gustafson**                                                    Case No. _____
                                                                              ,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 82454546<br><br>Receivables Performance<br>20816 44th Avenue<br>Lynnwood, WA 98036 | | J | 2010<br>Collection for DirecTV | | | | 374.00 |
| Account No. 5433<br><br>Receivables Performance<br>Management<br>208164th Avenue W<br>Lynnwood, WA 98036 | | J | 2010<br>Collection for Best Buy | | | | 2,332.00 |
| Account No. 04515103<br><br>RJM ACQ Fund<br>575 Underhill blvd<br>Syosset, NY 11791 | | J | 2012<br>Collection for Beginning Readers | | | | 86.00 |
| Account No. 938R047073<br><br>Rjm Acq Llc<br>575 Underhill Blvd<br>Syosset, NY 11791 | | W | Opened 11/01/11<br>FactoringCompanyAccount Columbia House Dvd Club | | | | 114.00 |
| Account No. 45R15103<br><br>Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | | W | Opened  7/01/11<br>FactoringCompanyAccount Scholastic | | | | 85.00 |

Sheet no. __34__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,991.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **David A. Gustafson,**
     **Nichole M. Gustafson,**
                         Case No. _____

                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 928047073 <br><br> **RJM Acquisitions** <br> **575 Underhill Blvd** <br> **Syosset, NY 11791** | | J | **2011** <br> **Collection for Columbia House** | | | | 115.00 |
| Account No. 6018011112587625 <br><br> **Rogers & Hol** | | H | Opened 7/26/06 Last Active 12/27/07 <br> ChargeAccount | | | | 0.00 |
| Account No. 262326499 <br><br> **Shell Oil / Citibank** <br> **Attn.: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | | W | Opened 3/19/05 Last Active 2/09/06 <br> CreditCard | | | | 0.00 |
| Account No. 5072446037879939 <br><br> **Springleaf Financial Services** <br> **Attention: Bankruptcy Department** <br> **Po Box 3251** <br> **Evansville, IN 47731** | | H | Opened 5/01/07 Last Active 3/05/08 <br> ChargeAccount | | | | 0.00 |
| Account No. 2052446023705719 <br><br> **Springleaf Financial Services** <br> **Attention: Bankruptcy Department** <br> **Po Box 3251** <br> **Evansville, IN 47731** | | J | Opened 2/01/05 Last Active 8/16/05 <br> ChargeAccount | | | | 0.00 |

Sheet no. __35__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                        (Total of this page)    **115.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David A. Gustafson,**
    **Nichole M. Gustafson**

Case No. _____

                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 13566757 <br><br> **State Collection Servi** <br> **Attn: Bankruptcy** <br> **2509 S Stoughton Rd** <br> **Madison, WI 53716** | | W | Opened 9/01/10 <br> CollectionAttorney Mea-Aea Kenosha | | | | 312.00 |
| Account No. 1181047 <br><br> **Stoneleigh Recovery Associates** <br> **P.O. Box 1441** <br> **Lombard, IL 60148-8441** | | J | 2012 <br> Collection | | | | 2,471.00 |
| Account No. 2504 <br><br> **Surgeons of Lake County** <br> **1870 W. Winchester Road** <br> **Suite 112** <br> **Libertyville, IL 60048** | | J | 2012 <br> Medical Service | | | | 1,971.00 |
| Account No. 288980980 <br><br> **Target Credit Card (TC)** <br> **C/O Financial & Retail Services** <br> **Mailstop BT  P.O. Box 9475** <br> **Minneapolis, MN 55440** | | J | Opened 1/24/04  Last Active 3/17/05 <br> ChargeAccount | | | | 0.00 |
| Account No. 430341164 <br><br> **Target Credit Card (TC)** <br> **C/O Financial & Retail Services** <br> **Mailstop BT  P.O. Box 9475** <br> **Minneapolis, MN 55440** | | H | Opened 11/18/07  Last Active 3/02/09 <br> CreditCard | | | | 0.00 |

Sheet no. __36__ of __39__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,754.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
       **Nichole M. Gustafson**                                                    Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 2743077752 <br><br> Verizon Wireless <br> PO Box 4002 <br> Acworth, GA 30101 | | J | | | 2012 <br> Utility Service | | | | 203.00 |
| Account No. 687070773-00001 <br><br> Verizon Wireless <br> PO Box 25505 <br> Lehigh Valley, PA 18002-5505 | | J | | | 2012 <br> Utility Service | | | | 948.00 |
| Account No. 6035320300184105 <br><br> Vision Financial Corp <br> PO Box 460260 <br> Saint Louis, MO 63146-7260 | | J | | | 2010 <br> Collection | | | | 952.00 |
| Account No. 4966-2233734-1 <br><br> Vista Imaging Association <br> Dept 5339 <br> PO Box 2049 <br> Milwaukee, WI 53201 | | J | | | 2012 <br> Medical Service | | | | 28.00 |
| Account No. 2233734 <br><br> Vista Medical Center East <br> PO Box 504316 <br> Saint Louis, MO 63150-4316 | | J | | | 2012 <br> Medical Service | | | | 1,782.00 |

Sheet no. __37__ of __39__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)            3,913.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
     **Nichole M. Gustafson,**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2240501**<br><br>**Vista Medical Center East**<br>**PO Box 504316**<br>**Saint Louis, MO 63150-4316** | | J | | | **2012**<br>**Medical Service** | | | | 1,326.00 |
| Account No. **11 SC 3605**<br><br>**Vista Medical Center East**<br>**c/o Dorian B. LaSaine**<br>**456 Fulton, Suite 210**<br>**Peoria, IL 61602** | | J | | | **2011**<br>**Collection** | | | | 9,753.00 |
| Account No. **2048604**<br><br>**Vista Medical Center East**<br>**PO Box 504316**<br>**Saint Louis, MO 63150-4316** | | J | | | **2011**<br>**Medical Service** | | | | 6,258.00 |
| Account No. **2050346**<br><br>**Vista Medical Center East**<br>**PO Box 504316**<br>**Saint Louis, MO 63150-4316** | | J | | | **2011**<br>**Medical Service** | | | | 3,495.00 |
| Account No. **6032-2033-8287-4849**<br><br>**Walmart**<br>**GE Money Bank**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | J | | | **2010**<br>**Credit Card** | | | | 651.00 |

Sheet no. __38__ of __39__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,483.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **David A. Gustafson,**
**Nichole M. Gustafson**                                                                      Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wayne Burnette**<br>**40 S. Hawthorne Blvd**<br>**Mundelein, IL 60060** | | J | **Personal Loan** | | | | **2,000.00** |
| Account No. **11265396**<br><br>**West Asset Management**<br>**PO Box 790113**<br>**Saint Louis, MO 63179** | | J | **2010**<br>**Collection** | | | | **560.00** |
| Account No. 3696907582<br><br>**Wi Electric / Wi Energies**<br>**Attention:  Jill Costello**<br>**Po Box 2046 Room A130**<br>**Milwaukee, WI 53201** | | H | **Opened  1/21/06  Last Active 10/23/06**<br>**Agriculture** | | | | **0.00** |
| Account No. 6035251069675002<br><br>**Zale/cbsd**<br>**Attn.: Centralized  Bankruptcy**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | | H | **Opened 10/05/09  Last Active  2/17/10**<br>**ChargeAccount** | | | | **0.00** |
| Account No. | | | | | | | |

Sheet no. __**39**__ of __**39**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **2,560.00** |
| Total<br>(Report on Summary of Schedules) | | **226,524.00** |

B6G (Official Form 6G) (12/07)

In re    **David A. Gustafson,**                                                    Case No. _____
      **Nichole M. Gustafson**

_____,
                         Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **David A. Gustafson,**                                    Case No. _____
         **Nichole M. Gustafson**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **David A. Gustafson**
**Nichole M. Gustafson**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Rust-oleum Worker** | **Not Employed** |
| Name of Employer | **Simplified Staffing Inc** | |
| How long employed | **2 years** | |
| Address of Employer | **3444 52nd Street Kenosha, WI 53144** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 2,134.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 2,134.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 489.00 | $ | 0.00 |
| b.  Insurance | $ | 0.00 | $ | 0.00 |
| c.  Union dues | $ | 0.00 | $ | 0.00 |
| d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 489.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,645.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): **Workers Compensation** | $ | 0.00 | $ | 1,451.98 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 1,451.98 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,645.00 | $ | 1,451.98 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 3,096.98 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6J (Official Form 6J) (12/07)**

In re    **David A. Gustafson**
**Nichole M. Gustafson**                                    Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 750.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | | |
| b. Is property insurance included? | Yes ___ | No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | | $ | 180.00 |
| b. Water and sewer | | | $ | 34.00 |
| c. Telephone | | | $ | 0.00 |
| d. Other    **See Detailed Expense Attachment** | | | $ | 320.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 50.00 |
| 4. Food | | | $ | 550.00 |
| 5. Clothing | | | $ | 100.00 |
| 6. Laundry and dry cleaning | | | $ | 20.00 |
| 7. Medical and dental expenses | | | $ | 0.00 |
| 8. Transportation (not including car payments) | | | $ | 390.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 0.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 0.00 |
| d. Auto | | | $ | 100.00 |
| e. Other | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other | | | $ | 0.00 |
| c. Other | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other    **See Detailed Expense Attachment** | | | $ | 593.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | 3,087.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | | |
|---|---|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | | | |
| a.    Average monthly income from Line 15 of Schedule I | | | $ | 3,096.98 |
| b.    Average monthly expenses from Line 18 above | | | $ | 3,087.00 |
| c.    Monthly net income (a. minus b.) | | | $ | 9.98 |

**B6J (Official Form 6J) (12/07)**

In re    **David A. Gustafson**
      **Nichole M. Gustafson**            Case No. _____
            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cable, Internet and Cable | $ | 118.00 |
| Cell Phones | $ | 202.00 |
| **Total Other Utility Expenditures** | $ | 320.00 |

**Other Expenditures:**

| | | |
|---|---|---|
| Student Loans | $ | 46.00 |
| Pet Food | $ | 100.00 |
| Unemployment overpayment | $ | 25.00 |
| Auto Repairs | $ | 400.00 |
| School Supplies | $ | 22.00 |
| **Total Other Expenditures** | $ | 593.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **David A. Gustafson**
     **Nichole M. Gustafson**

Case No. _____

Debtor(s)      Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **54**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 26, 2012**        Signature    **/s/ David A. Gustafson**
                                               **David A. Gustafson**
                                               Debtor

Date   **June 26, 2012**        Signature    **/s/ Nichole M. Gustafson**
                                               **Nichole M. Gustafson**
                                               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David A. Gustafson**
      **Nichole M. Gustafson**                       Case No.
                                     Debtor(s)          Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$6,832.00** | **2012 YTD:** |
| **$28,458.00** | **2011:** |
| **$20,315.00** | **2010:** |
| **$10,775.00** | **2012 YTD:** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Vista Medical Center v. Nichole Chandler 11 SC 3605** | **Collection** | **Circuit Court of Lake County** | **Pending** |
| **Capital One Bank v. Nichole Chandler 11 SC2415** | **Collection** | **Circuit Court of Lake County** | **Pending** |
| **Ford Motor Credit Company v. David Gustafson 12 SC 01330** | **Collection** | **Circuit Court of Lake County** | **Pending** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Burns & Wincek**<br>**53 West Jackson Boulevard**<br>**Suite 909**<br>**Chicago, IL 60604-3421** | **June 12, 2012** | **$600.00 towards attorney fee**<br>**$306.00 for filing fee** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                    DOCKET NUMBER                    STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☐ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ | a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

None ☐ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☐ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June 26, 2012**                          Signature    **/s/ David A. Gustafson**
                                                              **David A. Gustafson**
                                                              Debtor


Date  **June 26, 2012**                          Signature    **/s/ Nichole M. Gustafson**
                                                              **Nichole M. Gustafson**
                                                              Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David A. Gustafson**
       **Nichole M. Gustafson**

Case No. _____

Debtor(s)    Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>  ☐ Surrendered              ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>  ☐ Redeem the property<br>  ☐ Reaffirm the debt<br>  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>  ☐ Claimed as Exempt          ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **June 26, 2012**        Signature  **/s/ David A. Gustafson**
                                      **David A. Gustafson**
                                      Debtor

Date  **June 26, 2012**        Signature  **/s/ Nichole M. Gustafson**
                                        **Nichole M. Gustafson**
                                        Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David A. Gustafson**
**Nichole M. Gustafson**

Case No.

Debtor(s)

Chapter      **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **700.00** |
| Prior to the filing of this statement I have received | $ | **700.00** |
| Balance Due | $ | **0.00** |

2.   $ **306.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
          reaffirmation agreements and applications as needed with regard to reaffirmations of consumer obligations;
          preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods;
          advising client with regard to defenses available for motions to modify the automatic stay and representing the
          client's interests regarding any such motions.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtors in any adversary proceeding, including but not limited to discharge and/or
          dischargeability actions, or judicial lien avoidances; motions to dismiss under 11 USC 707(b) or motions to
          reopen a case closed without a discharge**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   **June 26, 2012**

/s/ James J. Burns Jr. #
**James J. Burns Jr. # 6200956**
**Burns & Wincek, Ltd.**
**53 West Jackson Boulevard**
**Suite 909**
**Chicago, IL 60604**
**312-880-0195  Fax: 312-880-0196**
**bandwlaw@sbcglobal.net**

---

**BURNS & WINCEK**

<div align="right">

**CHAPTER 7 – JOINT DEBTORS**

CONTRACT FOR LEGAL SERVICES

</div>

**Total Attorneys Fees $** _600_ _____
Attorney Fees Paid $ _297_ on _6-12-12_

**Filing Fees $306.00 to be paid prior to filing**
Filing Fee Paid $ _306_ on _6-12-12_

The remaining balance of $ _306_ shall be paid as follows:

*Voluntary* Payment of $ _306_ may be made on the _15TH_ day of _July_ 20_12_, or at Trustee Meeting scheduled for this case, whichever is later.

<div align="center">

If attorney fees &/or filing fee is paid in the form of a *personal check*,
we understand that the case will not be filed until the check has cleared.

</div>

We retain BURNS & WINCEK to prepare and file a Chapter 7 Bankruptcy Petition and to represent us in this matter. We understand and agree that:

1.  The attorney fees stated above do not include representation in any: dischargeablity action; judicial lien avoidance; United States Trustee audits; or, any adversary proceedings. I will need to pay Burns & Wincek, $250.00 per hour for any additional legal services performed in representing me in any of the actions identified in this paragraph;

2.  We shall attend a mandatory Meeting of Creditors approximately four weeks after our case is filed. We will pay Burns & Wincek an additional fee of $150.00 for each and every missed Meeting of Creditors and/or missed court date. If we have not received notice of the date of our Meeting of Creditors within 14 days after our case has been filed, we shall telephone the office of Burns & Wincek to obtain the date for our Meeting of Creditors;

3.  We agree to pay all attorney fees and filing fees as agreed above *prior* to the filing of our case;

4.  We agree that we will fully disclose all financial information to the office of Burns & Wincek. We shall provide Burns & Wincek with a complete list of our creditors. We shall disclose all of our assets and debts to the office of Burns & Wincek and understand that it is a federal crime to intentionally omit information from our bankruptcy petition;

5.  If additional creditors need to be added to our petition after the case has been filed, there will be an additional charge to amend our petition. Additionally, attorney fees may be modified if substantial changes or additional facts are discovered with regard to our financial situation;

6.  This bankruptcy will not eliminate liens on real property and/or secured property. This bankruptcy will not discharge: government insured student loans; tuition and fees owed to not-for- profit schools; support obligations; benefit overpayments; government fines (e.g., parking and traffic tickets); DUI charges; certain income taxes; debts owed due to

<div align="right">1</div>

fraud or intentional injuries, or debts owed to creditors who successfully object to the discharge of their debt or to the entire discharge;

7.  Creditors are not required to allow debtor(s) to reaffirm their debts;

8.  We may discontinue the services of Burns & Wincek at any time and may then be entitled to a refund of unearned fees. In order to discharge Burns & Wincek, we must submit a written request to do so. Upon receipt of such request, Burns & Wincek, Ltd. will take approximately 30 days to perform an accounting and a refund check will then be issued for any unearned fees. For the purposes of determining any refund to which we may be entitled, the hourly rate of Burns & Wincek is $250.00 per hour;

9.  Burns & Wincek, is a group practice and more than one attorney may work on different aspects of our case. We will cooperate with any attorney with whom we speak in regards to the administration of our case;

10. We authorize Burns & Wincek, to hire co-counsel or independent attorneys to work on our case and to divide fees with such attorneys on the basis of work and responsibility; and

11. We authorize Burns & Wincek, to order and review our credit report.

12. The attorney fees charged for this case do not include representation for any matters relating to any investigation by the Chapter 7 Trustee or United States Trustee relating to the "abuse" provisions of Section 727 of the Bankruptcy Code. I understand I will have to pay an hourly fee of $ 250.00 per month for representation with regards to subpoenas, depositions, and document production relating to any such inquiry. Furthermore, should this case be closed without a Discharge due to my failure to timely obtain my Certificate of Debtor Education, I understand that I will have to pay Burns & Wincek on an hourly basis of $ 250.00 for any additional work associated with re-opening this case.

Data intake was conducted by _____J. BURNS_____.

We acknowledge that we have read and been orally advised of the terms of this agreement and that the undersigned attorney has explained to us the differences between filing a Chapter 7 Bankruptcy and a Chapter 13 Bankruptcy.

**DEBTOR** _____          **BURNS & WINCEK**

Printed Name _David A Gustafson_          By: _____
                                              Attorney

**JOINT DEBTOR** _____

Printed Name _Nicole M. Gustafson_          _6-13-12_
                                              Date

Contract-Ch 7- Joint

2

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### **3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **David A. Gustafson**
**Nichole M. Gustafson**
_____   Case No. _____
                                    Debtor(s)        Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**David A. Gustafson**
**Nichole M. Gustafson**
_____        X  **/s/ David A. Gustafson**          **June 26, 2012**
Printed Name(s) of Debtor(s)                  Signature of Debtor              Date

Case No. (if known) _____        X  **/s/ Nichole M. Gustafson**        **June 26, 2012**
                                              Signature of Joint Debtor (if any)   Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **David A. Gustafson**
**Nichole M. Gustafson**
_____    Case No. _____
Debtor(s)    Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **160**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 26, 2012**
_____     **/s/ David A. Gustafson**
_____
**David A. Gustafson**
Signature of Debtor

Date:   **June 26, 2012**
_____     **/s/ Nichole M. Gustafson**
_____
**Nichole M. Gustafson**
Signature of Debtor

.

A/r Concepts
2320 Dean St
Saint Charles, IL 60175


A/R Concepts Inc
33 W. Higgins Road
Suite 715
Barrington, IL 60010


AAMS
PO Box 65576
West Des Moines, IA 50265


Aams Llc
4800 Mills Civic Parkway Suite 202
West Des Moines, IA 50265


Advocate Condell Medical Center
PO Box 6572
Carol Stream, IL 60197


AFNI
PO Box 3427
Bloomington, IL 61702


Afni
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701


AFNI
PO BOx 3517
Bloomington, IL 61702-3517


Afni, Inc
PO Box 3517
Bloomington, IL 61702-3517


Afni, Inc.
Attn: Bankruptcy
Po Box 3097
Bloomington, IL 61702

Allied Interstate
3000 Corporate Exchange Drive
Columbus, OH 43231


Allied Interstate
PO Box 1962
Southgate, MI 48195-0962


AMC Kenosha
PO Box 341700
Milwaukee, WI 53234


AMG Imaging Services
PO Box 511340
New Berlin, WI 53151


Anesthesia Consultants Ltd
34121 Eagle Way
Chicago, IL 60678


AR Resources Inc
PO Box 10336
Jacksonville, FL 32247-0336


Armor Systems Co
1700 Kiefer Dr
Zion, IL 60099


Associated Recovery Systems
P.O. Box 469048
Escondido, CA 92046-9048


AT&T
PO Box 246
Artesia, CA 90702


Aurora Health Care
P.O. Box 341700
Milwaukee, WI 53234


Bay Area Credit
1901 W. 10th Street
Antioch, CA 94509-1380

Capital Management Services
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital One Bank
PO Boc 71083
Charlotte, NC 28272


Capital One Bank
PO Box 71083
Charlotte, NC 28272


Capital One Bank
c/o Blitt and Gaines
661 Glenn Avenue
Wheeling, IL 60090


Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130


CBCS
PO Box 163250
Columbus, OH 43216


Cefcu
Attn: Pam in Collections
Po Box 1715
Peoria, IL 61656


Centegra Hospital
PO Box 1447
Woodstock, IL 60098


Certified Services
PO Box 177
Waukegan, IL 60079-0177


Certified Services Inc
Po Box 177
Waukegan, IL 60079

Chase
Po Box 15298
Wilmington, DE 19850


Chase Mht Bk
Attention: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Chase- Bp
225 Chastain Meadows Court
Kennesaw, GA 30144


Citgo Oil / Citibank
Attn: Bankruptcy
Po Box 20363
Kansas City, MO 64195


Citibank Usa
Citicorp Credit Services/Attn: Centraliz
Po Box 20363
Kansas City, MO 64195


Citifinancial
Po Box 4728
Riverside, CA 92514


Claymore Medical Group
35 TOwere Court
Suite 1
Gurnee, IL 60031


Computer Credit Inc
97169 Eagle Way
Chicago, IL 60678


Consolidated Pathology Consultants
75 Remittance Drive
Chicago, IL 60675


Constar Financial Services
3561 W. Bell Road
Phoenix, AZ 85053

Consumers Coop Cred Un
1210 S Lake St
Mundelein, IL 60060


Consumers Coop Cred Un
Po Box 9119
Waukegan, IL 60079


Consumers CU or Visa
PO Box 31021
Tampa, FL 33631


Credit Management Control
PO Box 1654
Green Bay, WI 54305


Credit One Bank
PO Box 60500
City Of Industry, CA 91716-0500


Credit One Bank
Po Box 98873
Las Vegas, NV 89193


Department of Employment Security
PO Box 4385
Chicago, IL 60605


Diversified Adjustment Service
Box 32145
Fridley, MN 55432


Dorian B. Lasaine & Associates
456 Fulton Street, 210 Twin Towers
Peoria, IL 61602


Durham & Durham
5665 New Northside Drive
Suite 340
Atlanta, GA 30328


Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

EOS CCA
PO Box 556
Norwell, MA 02061


ERS
500 SW 7th St., #A100
PO Box 9004
Renton, WA 98057


Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220


Fincl Rcvrv
802 N Clinton St
Bloomington, IL 61701


First Federal Credit Control
PO Box 20790
Columbus, OH 43220


First National Collection Bureau
610 Waltham Way
Sparks, NV 89434


First Source Advantage LLC
PO Box 628
Buffalo, NY 14240-0628


Flr Solution
Po Box 94498
Las Vegas, NV 89193


Ford Motor Credit Company
c/o Freedman Anselmo Lindberg
PO Box 3228
Naperville, IL 60566


Franklin Collection Services
PO Box 3910
Tupelo, MS 38803-3910


Gastroenterology Consultants
890 Garfield, Suite 210
Libertyville, IL 60048

Gecrb/leath Furniture
C/o Po Box 965036
Orlando, FL 32896


Gemb/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


Gemb/walmart
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


Global Medical Imaging
1724 Momentum Pl
Chicago, IL 60689-5317


Great Lakes Pathology SC
PO Box 78420
Milwaukee, WI 53278


H & R Accounts Inc
P.O. Box 672
Moline, IL 61265


Harley Davidson Financial
Attention: Bankruptcy
Po Box 182686
Columbus, OH 43218


Harley-Davidson Credit Corp
Dept 15129
Palatine, IL 60055


Harris & Harris
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Harris N.a.
Bmo-Harris Bank/Attention: Legal Service
1100 W. Monroe 421 E
Chicago, IL 60603

```
Health System
Medical Center East
PO Box 504316
Saint Louis, MO 63150


Home Depot
Processing Center
Des Moines, IA 50364-0500


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197


Integrity
4370 W. 109th Street
Suite 100
Leawood, KS 66211


Keynote Consulting
220 W Campus Dr Ste 102
Arlington Heights, IL 60004


Kurt Brotherson
700 N. Westmoreland Drive
Lake Forest, IL 60045


Lake County Anesthesiologists, Ltd.
PO Box 70
Lake Forest, IL 60045


Lake County Health Department
3010 Grand Avenue
Waukegan, IL 60085


Lake County Radiology Associates, S
36104 Treasury Center
Chicago, IL 60694-6100
```

Lake Forest ER
75  Remittance Drive
Chicago, IL 60675


Lake Forest Hospital
75 Remittance Drive
Suite 6802
Chicago, IL 60675


Lake Forest Hospital
660 N. Westmoreland Road
Lake Forest, IL 60045


Lake Heart Specialists
35 Tower Court Suite F
Gurnee, IL 60031


Lake Mchnery Pathology Associates
520 E. 22nd Street
Lombard, IL 60148


Lake Shore Pathologists, SC
520 E. 22nd Street
Lombard, IL 60148


Law Office of Curtis O Barnes
PO Box 1390
Anaheim, CA 92815


Main Street Acquisiton
2877 Paradise Rd Unit 30
Las Vegas, NV 89109


Malcolm S. Gerald & Assoc.
332 S. Michigan Ave.
Chicago, IL 60604


McHenry Radiologists
PO Box 220
McHenry, IL 60051


MEA-AEA Kenosha
PO Box 5990
Carol Stream, IL 60197

Medical Recovery Specialists Inc
2250 E. Devon Avenue
Street 352
Des Plaines, IL 60018


Midland Credit Management
PO Box 939019
San Diego, CA 92193


Midland Credit ManagementInc
PO Box 60578
Los Angeles, CA 90060


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123


Midway Emergency Physicians
PO Box 404320
Atlanta, GA 30384


Midwest Diagnostics Pathology, SC
75 Remittance Drive
Suite 3070
Chicago, IL 60675


Monarch Recovery Management Inc
10965 Decatur Road
Philadelphia, PA 19154-3210


Moraine Emergency Physicians
PO Box 8759
Philadelphia, PA 19101


Morton Community Ban
671 W Jackson St
Morton, IL 61550


Nationwide Credit Corp
5503 Cherokee Ave
Alexandria, VA 22312


Nationwide Recovery Systems
PO Box 702257
Dallas, TX 75370

NCC
245 Main Street
Scranton, PA 18519


NCC
PO Box 9156
Alexandria, VA 22304-0156


NCO Financial Systems
PO Box 15894
Wilmington, DE 19850-5894


NCO Financial Systems
PO Box 530927
Atlanta, GA 30353


NCO Financial Systems
507 Prudential Rd.
Horsham, PA 19044


NCO Financial Systems
PO Box 17095
Wilmington, DE 19850


NES - National Enterprise System
29125 Solon Rd.
Solon, OH 44139


North Shore Cardiologists
2151 Waukegan Road
Suite 100
Deerfield, IL 60015


Northwestern Lake Forest Hospital
75 Remittance Drive
Suite 6802
Chicago, IL 60675


Northwestern Lake Forest Hospital
660 N. Westmoreland Road
Lake Forest, IL 60045


Northwestern Memorial Physicians Gr
75 Remittance Dr. #1293
Chicago, IL 60675-1293

Nrthestcrcol
245 Main Street
Dickson City, PA 18519


OAC
PO Box 371100
Milwaukee, WI 53237


Odpt/cbsd
Attn: Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195


Online Collections
Attn: Tracy
Po Box 1489
Winterville, NC 28590


Osi Collect
507 Prudential Rd.
Horsham, PA 19044


Penn Foster
925 Oak Street
Scranton, PA 18515


Pentagroup Financial
PO Box 742209
Houston, TX 77274-2029


Pinnacle Credit Service
Po Box 640
Hopkins, MN 55343


Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

Pro Com Services Of Il
Po Box 202
Springfield, IL 62705


Pro Com Services of Illinois
PO Box 202
Springfield, IL 62705


Professional Account Services, Inc
PO Box 188
Brentwood, TN 37024-0188


Pulmonary Physicians
2151 Waukegan Road
Deerfield, IL 60015


Receivables Performanc
20816 44th Ave W
Lynnwood, WA 98036


Receivables Performance
20816 44th Avenue
Lynnwood, WA 98036


Receivables Performance Management
208164th Avenue W
Lynnwood, WA 98036


Richard J. Kaplow
808 Rockfeller Building
614 Superior Avenue N.W.
Cleveland, OH 44113-1368


RJM ACQ Fund
575 Underhill blvd
Syosset, NY 11791


Rjm Acq Llc
575 Underhill Blvd
Syosset, NY 11791


Rjm Acq Llc
575 Underhill Blvd Ste 2
Syosset, NY 11791

RJM Acquisitions
575 Underhill Blvd
Syosset, NY 11791


Rogers & Hol


Shell Oil / Citibank
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Southwest Credit
4120 International Parkway
Suite 1100
Carrollton, TX 75007


Springleaf Financial Services
Attention: Bankruptcy Department
Po Box 3251
Evansville, IN 47731


State Collection Servi
Attn: Bankruptcy
2509 S Stoughton Rd
Madison, WI 53716


State Collection Service
2509 South Stoughton Road
Madison, WI 53716


Stoneleigh Recovery Associates
P.O. Box 1441
Lombard, IL 60148-8441


Surgeons of Lake County
1870 W. Winchester Road
Suite 112
Libertyville, IL 60048


Target Credit Card (TC)
C/O Financial & Retail Services
Mailstop BT  P.O. Box 9475
Minneapolis, MN 55440

Transworld Systems Inc
1375 East Woodfield Road
Schaumburg, IL 60173


United Collection Bureau
PO Box 140190
Toledo, OH 43614


Verizon Wireless
PO Box 4002
Acworth, GA 30101


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Vision Financial Corp
PO Box 460260
Saint Louis, MO 63146-7260


Vista Imaging Association
Dept 5339
PO Box 2049
Milwaukee, WI 53201


Vista Medical Center East
PO Box 504316
Saint Louis, MO 63150-4316


Vista Medical Center East
c/o Dorian B. LaSaine
456 Fulton, Suite 210
Peoria, IL 61602


Walmart
GE Money Bank
PO Box 103104
Roswell, GA 30076


Wayne Burnette
40 S. Hawthorne Blvd
Mundelein, IL 60060

West Asset Management
PO Box 790113
Saint Louis, MO 63179


Wi Electric / Wi Energies
Attention: Jill Costello
Po Box 2046 Room A130
Milwaukee, WI 53201


Zale/cbsd
Attn.: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195